AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: HANNIBAL SONNY CRUMPLER
Case Number: 2:04-CR-502-VEH-JEO (001)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 96 months: 60 months as to count 1s, 96 months as to count 2s to be served concurrently with sentence imposed on count 1s.

The Court makes the following recommendations to the Bureau of Prisons:

Defendant be incarcerated in a minimum level security facility: FCP Talledega (Camp).

The defendant shall surrender to the United States Marshal for this district or to the facility designated by the Bureau of Prisons on Monday, August 28, 2006, by noon.

*[Stamp: 06 OCT -6 PM 5:43 U.S. DISTRICT COURT N.D. OF ALABAMA]*

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on __9-11-06__ to __FCI TDG__ at __Voluntary Surrender__
_____, with a certified copy of this Judgment.

__D.B. Drew, Warden__
United States Marshal

By _____
Deputy Marshal